

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8211

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Angel Fernando HERNANDEZ | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about March 7, 2008, within the Southern District of California, defendant Angel Fernando HERNANDEZ did knowingly and intentionally import approximately 31.02 kilograms (68.24 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 10th day of March 2008.

_____
Peter C. Lewis
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Russell H. Vensk Jr., declare under penalty of perjury, the following is true and correct:

On March 7, 2008, at approximately 1735 hours, Angel Fernando HERNANDEZ entered the United States from Mexico at the Calexico, Ca., West Port of Entry. HERNANDEZ was the driver and sole occupant of a 1992 Pontiac Grand Am.

During an inspection of the vehicle, Customs & Border Protection Officers discovered thirty-four packages concealed within the firewall and both rear doors of the vehicle. One of the packages was probed and a green leafy substance was extracted, which was field-tested and gave a positive indication for the presence of marijuana. The total weight of the packages was 31.02 kilograms (68.24 pounds).

HERNANDEZ was arrested for a violation of Title 21, United States Code, Sections 952 & 960, Importation of Controlled Substances.

Executed on _____03/08/08_____ (date) at _____0006_____ (hours).

Russell H. Vensk Jr.
Special Agent
Immigration & Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of __1__ page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on __03/07/08__ in violation of Title 21, United States Code, Section(s) __952 & 960.__

Leo S. Papas
United States Magistrate-Judge

3/8/08 - 12:51 pm
Date/ Time