**FILED**
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1054-JLS |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| ANGEL FERNANDO HERNANDEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about March 7, 2008, within the Southern District of California, defendant ANGEL FERNANDO HERNANDEZ, did knowingly and intentionally import approximately 31.02 kilograms (68.24 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 3, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
4/2/08