1  KAREN P. HEWITT
   United States Attorney
2  LARA A. STINGLEY
   Assistant United States Attorney
3  California State Bar No. PENDING
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-6244 (Telephone)/619 557-5551 (Fax)
   Email: lara.stingley@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,          )      Criminal Case No. 08CR1054-JLS
11                                     )
                      Plaintiff,       )
12                                     )      NOTICE OF APPEARANCE
              v.                       )
13                                     )
   ANGEL FERNANDO HERNANDEZ,           )
14                                     )
                                       )
15                    Defendant.       )
                                       )
16  _____)

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18          I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

20  There are no other government attorneys (who are admitted to practice in this court or authorized to

21  practice under CivLR 83.3.c.3-4) associated with this case who should be listed as lead counsel for

22  CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

23          Effective this date, the following attorneys are no longer associated with this case and should

24  not receive any further Notices of Electronic Filings relating to activity in this case:

25          U.S. Attorney CR

26          Please feel free to call me if you have any questions about this notice.

27          DATED:  April 25, 2008.

28                                              KAREN P. HEWITT
                                                United States Attorney

                                                /s/Lara A. Stingley
                                                LARA A. STINGLEY
                                                Assistant United States Attorney

1

2                           UNITED STATES DISTRICT COURT

3                          SOUTHERN DISTRICT OF CALIFORNIA

4
    UNITED STATES OF AMERICA,              )      Criminal Case No. 08CR1054-JLS
5                                          )
                    Plaintiff,             )
6                                          )      CERTIFICATE OF SERVICE
             v.                            )
7                                          )
    ANGEL FERNANDO HERNANDEZ,              )
8                                          )
                                           )
9                   Defendant.             )
                                           )
10  _____    )

11  IT IS HEREBY CERTIFIED THAT:

12          I, Lara A. Stingley, am a citizen of the United States and am at least eighteen years of age.  My

13  business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

14          I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance

15  as lead counsel for the United States, dated April 25, 2008, and this Certificate of Service, dated April

16  25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the U.S.

17  District Court for the Southern District of California using its ECF System, which electronically notifies:

18

19          Robert H. Rexrode, Attorney for Defendant Angel Fernando Hernandez.

20

21          I declare under penalty of perjury that the foregoing is true and correct.

22          EXECUTED on April 25, 2008.

23
                                                 /s/Lara A. Stingley
24                                               LARA A. STINGLEY
                                                 Assistant United States Attorney
25

26

27

28  Certificate of Service
    United States v. Angel Fernando Hernandez        08CR1054-JLS

                                                 2